THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| HASHAD DESAI, <br><br> Plaintiff, <br><br> v. <br><br> GARFIELD COUNTY, et al., <br><br> Defendants. | ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT <br><br><br> Case No. 4:25-cv-00091-DN-PK <br><br> District Judge David Nuffer <br><br> Magistrate Judge Paul Kohler |

This matter is before the Court on Plaintiff's Motion for Leave to File First Amended Complaint.[1] Plaintiff represents the Motion is unopposed. Having considered the Motion and good cause appearing, it is hereby

ORDERED that Plaintiff's Motion for Leave to File First Amended Complaint (Docket No. 30) is GRANTED. Plaintiff is directed to file his First Amended Complaint within fourteen (14) days of this Order. Defendants' Motions to Dismiss (Docket Nos. 27 and 28) are MOOT.

DATED this 12th day of May, 2026.

BY THE COURT:

PAUL KOHLER
United States Magistrate Judge

---

[1] Docket No. 30, filed May 11, 2026.